IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH W. HIGGINS, | |
| Plaintiff, | 8:16CV535 |
| vs. | |
| RICHARD G. KOPF, et al., | ORDER |
| Defendants. | |

This matter is before the court on the plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2), which includes an affidavit regarding his financial status. The plaintiff states he is not incarcerated, nor does he have a job, any income, savings or property. *Id.* Upon review of the plaintiff's application, the court finds that the plaintiff is financially eligible to proceed in forma pauperis. Upon consideration,

**IT IS ORDERED:**

The plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2), motion for reconsideration (Filing No. 7), and amended motion (Filing No. 8) are provisionally granted. The petition shall be filed without payment of fees.

Dated this 28th day of December, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge